# United States District Court

**FILED 2008 JUL 31 PM 12:21**
**CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**BY_____ DEPUTY**

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

Premises known as:

See attachment "A"

## SEARCH WARRANT

CASE NUMBER: **08 MJ 2270**

TO: __Any duly authorized Federal Officer__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ **Jeffrey Pryor** _____ who has reason to
                                                        Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

See attachment "A"

in the ___SOUTHERN___ District of ___CALIFORNIA___ there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "A" & "B"**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ **August 3, 2008** _____
                                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ **LEO S. PAPAS** _____
as required by law.                                                                U.S. Judge or Magistrate

**JUL 25 2008** 9:46 Am                    at    **SAN DIEGO, CALIF.**
Date and Time issued                              City and State

**LEO S. PAPAS**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer              Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/25/2008 | 7/28/2008  1:00 pm | TO BE PROVIDED TO DEFENSE COUNSEL |

**INVENTORY MADE IN THE PRESENCE OF**
BORDER PATROL AGENT JAMES HARLAN

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1. BLACK MOTOROLA CELL PHONE (KAUF0033AB)

2. GRAY MOTOROLA CELL PHONE (SJUG2926AA)

3. BLACK MOTOROLA CELL PHONE (364YEA4TXO)

4. BLACK CRICKET UT STARCOM CELL PHONE (7440317614)

5. GRAY BOOST MOTOROLA CELL PHONE (364VJAFV8Z)

6. BLACK MOTOROLA CELL PHONE (364V6N86HK)

7. BLACK MOTOROLA CELL PHONE (62015249412)

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_[signature]_  07/31/08

Subscribed, sworn to, and returned before me this date.

_[signature]_  7/31/08
U.S. Judge or Magistrate    Date